THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SVEN SNORTELAND, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

MALVINA REPEKA, Appellant, v. ROAL JOMAL, INC., et al., Respondents.—

No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

ELIZABETH RUGGLE, Respondent, v. CAROL CAB CORPORATION, Appellant, et al., Defendants.—

Hagarty, Carswell, Johnston, Taylor and Lewis, JJ., concur.